UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                    Plaintiffs,<br>      v.<br><br>SUMEET MARKETING, INC., et al.,<br><br>                    Defendants. | CASE NO. C23-0331JLR<br><br>*SEALED*<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 8, 2023, the court entered an order granting Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Inc.'s (collectively, "Plaintiffs") *ex parte* motion for a temporary restraining order, seizure order, substitute custodian order, and order to show cause. (3/8/23 Order (Dkt. # 15 (sealed)); *see* TRO Mot. (Dkt. # 2 (sealed)).) The court set a March 15, 2023 deadline for Plaintiffs and law enforcement to

MINUTE ORDER - 1

complete the seizure authorized in its order.  (*See* 3/8/23 Order at 11 (ordering Plaintiffs to complete the seizure within seven days of entry of the order).)  The court set a hearing on the temporary restraining order and order to show cause on March 16, 2023, at 9:00 a.m.  (*See id.* at 1.)

Plaintiffs have now notified the court that they have been unable to execute the seizure authorized in the court's March 8, 2023 order due to the unavailability of the United States Marshals Service for the Eastern District of New York.  (3/15/23 Notice (Dkt. # 23) at 1-2.)  They ask the court to vacate the March 16, 2023 hearing.  (*Id.*)

The court GRANTS Plaintiffs' request, and VACATES the hearing scheduled for March 16, 2023, at 9:00 a.m.  The court notes that its March 8, 2023 order will expire on its own terms at 9:00 a.m. March 22, 2023, unless Plaintiffs show good cause before that date for an extension of the temporary restraining order and seizure order.  *See* Fed. R. Civ. P. 65(b)(2); (*see generally* 3/8/23 Order).

Filed and entered this 15th day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2