UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUMEET MARKETING, INC., et al., <br><br> Defendants. | CASE NO. C23-0331JLR <br><br> *SEALED* <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court held a hearing on April 4, 2023, regarding the temporary restraining order ("TRO") and seizure order it entered on March 21, 2023 (Dkt. # 26) and Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer, Inc.'s (collectively, "Johnson & Johnson") *ex parte* motions for expedited discovery (Dkt. # 29) and for a preliminary

MINUTE ORDER - 1

injunction and continued sealing of this matter (Dkt. # 32).  (*See* 4/4/23 Min. Entry (Dkt. # 41).)  The court ORDERS as follows:

    1.    The court EXTENDS for good cause the TRO it entered on March 21, 2023, to allow additional time for counsel for Defendants to appear in this action.  The TRO is extended on its existing terms until **April 18, 2023, at 9:00 a.m.**;

    2.    The court DEFERS ruling on Johnson & Johnson's motion for expedited discovery (Dkt. # 29) to allow Defendants an opportunity to appear and respond to the motion;

    3.    The court GRANTS in part and DEFERS in part Johnson & Johnson's motion for a preliminary injunction and continued sealing of this matter (Dkt. # 32).  Specifically, the court GRANTS Johnson & Johnson's request to maintain this matter under seal for an additional 30 days and DEFERS ruling on the motion for a preliminary injunction to allow Defendants an opportunity to appear and respond to the motion;

    4.    The court SETS a hearing on Johnson & Johnson's motions for expedited discovery and for a preliminary injunction on **April 18, 2023, at 9:00 a.m.**  The hearing will be conducted via Zoom.gov videoconference.  The Clerk will provide instructions for logging in to the conference to counsel via email;

    5.    The Clerk is DIRECTED to re-note Johnson & Johnson's motions for expedited discovery (Dkt. # 29) and for a preliminary injunction (Dkt. # 32) on April 18, 2023; and

    6.    Counsel for Johnson & Johnson are ORDERED to serve a copy of this order on Defendants.

Filed and entered this 4th day of April, 2023.

                        RAVI SUBRAMANIAN
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk

MINUTE ORDER - 3