The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; JOHNSON & JOHNSON, a New Jersey corporation; and JOHNSON & JOHNSON CONSUMER INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUMEET MARKETING INC., a New York corporation; OAR REALTY GROUP LLC, a New York limited liability company; AMIT PAWA, an individual; RAJA SINGH, an individual; OPKAR SINGH, an individual; and DOES 1-10<br><br>Defendants. | No.2:23-cv-00331-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY |

THIS MATTER came before the Court on Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Inc.'s (collectively, the "J&J Plaintiffs") *ex parte* Motion for Expedited Discovery (the "Motion"). The Court has considered the Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

The Motion for Expedited Discovery is **GRANTED** as follows:

The J&J Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following entities to obtain information regarding the source of counterfeit

Tylenol® and other products of the J&J Plaintiffs and the identity of other bad actors in this counterfeiting scheme: Zhi-neng Trading Inc; Hills Trading Corp.; SL Discount Distributor Corporation; and Reycells LLC. ~~and any other later discovered entities or individuals connected to this counterfeiting scheme~~.

DATED: 18 April 2023

_____
UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

[~~PROPOSED~~] ORDER GRANTING CERTAIN PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY
(Case No.: 2:23-CV-00331-JLR) - 2

Presented by:

BAKER & HOSTETLER, LLP

*[signature]*

Douglas Anderson Grady, WSBA No. 36,100
  email: dgrady@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
T: (206) 332-1380

E-mail: dgrady@bakerlaw.com

Robertson D. Beckerlegge (*pro hac vice*)
  email: rbeckerlegge@bakerlaw.com
Heather J. McDonald (*pro hac vice*)
  email: hmcdonald@bakerlaw.com
Kevin M. Wallace (*pro hac vice*)
  email: kwallace@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111-0100
T: (212) 589-4209

*Attorneys for Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Inc.*

[~~PROPOSED~~] ORDER GRANTING CERTAIN PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY
(Case No.: 2:23-CV-00331-JLR) - 3