The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; JOHNSON & JOHNSON, a New Jersey corporation; and JOHNSON & JOHNSON CONSUMER INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUMEET MARKETING INC., a New York corporation; OAR REALTY GROUP LLC, a New York limited liability company; AMIT PAWA, an individual; RAJA SINGH, an individual; OPKAR SINGH, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00331-JLR<br><br>~~[PROPOSED]~~<br><br>CONTINUED SEALING ORDER<br><br>**FILED UNDER SEAL** |

THIS MATTER came before the Court on the Unopposed Motion for a Continued Sealing Order (the "Motion") of Plaintiffs Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, the "J&J Plaintiffs"), and with the consent of Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC and Defendants Sumeet Marketing Inc., OAR Realty Group LLC, Amit Pawa, Raja Singh, and Opkar Singh.

The Court has considered the Motion, the supporting declaration, and governing law. Accordingly, it is hereby ORDERED:

[PROPOSED] ORDER FOR
CONTINUED SEALING - 1
(2:23-CV-00331-JLR)

The Motion is **GRANTED** as follows:

The Court finding good cause for the continued sealing of this action to fulfill the purpose of the sealing requirements of 15 U.S.C. § 1116, to prevent premature disclosure of this action to possible defendants yet to be named in this action or any other action, and to protect the public from the counterfeiting scheme alleged in the Complaint, this action shall remain sealed in its entirety for an additional 60 days, until July 3, 2023, following the expiration of the Court's April 4, 2023 Order, subject to the parties' right to file a motion to unseal the action prior to the expiration of the relief granted under this Order.

Dated this 2 day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAKER & HOSTETLER LLP

_/s/ signature_

Douglas Anderson Grady, WSBA No. 36,100
  email: dgrady@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
T: 206.332.1380

Robertson D. Beckerlegge (*pro hac vice*)
  email: rbeckerlegge@bakerlaw.com
Heather J. McDonald (*pro hac vice*)
  email: hmcdonald@bakerlaw.com
Kevin M. Wallace (*pro hac vice*)
  email: kwallace@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111-0100
T: 212.589.4209

*Attorneys for Plaintiffs Johnson & Johnson,
Johnson & Johnson Consumer Inc.*