The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; JOHNSON & JOHNSON, a New Jersey corporation; and JOHNSON & JOHNSON CONSUMER INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUMEET MARKETING INC., a New York Corporation; OAR REALTY GROUP LLC, a New York limited liability company; AMIT PAWA, an individual; RAJA SINGH, an individual; OPKAR SINGH, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00331-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE<br><br>[FILED UNDER SEAL]<br><br>Noting Date: May 11, 2023 |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Extension of Briefing Schedule on Defendants' Motion to Dismiss or Alternatively to Transfer Venue (the "Motion"). The Court has considered the Motion and the governing law. Accordingly, it is hereby ORDERED:

///

///

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE
(Case No.: 2:23-CV-00331-JLR) - 1
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main
206.757.7700 fax

The Motion is **GRANTED**, and the briefing dates are amended as follows:

| Deadline | Due Date |
|---|---|
| Noting Date | June 9, 2023 |
| Response to the Motion to Dismiss or Alternatively to Transfer | May 30, 2023 |
| Reply to the Motion to Dismiss or Alternatively to Transfer | June 9, 2023 |

SO ORDERED this __11th__ day of __May__, 2023.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PARTIES'
STIPULATED MOTION FOR EXTENSION OF
BRIEFING SCHEDULE
(Case No.: 2:23-CV-00331-JLR) - 2
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main
206.757.7700 fax

1  Presented by:

2  *Attorneys for Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC*

3  [signature]

4  Samuel R. Alvarez, WSBA #56726
   Email: samalvarez@dwt.com
5  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
6  Tel: (206) 757-8032

7  Scott R. Commerson, WSBA #58085
   Email: scottcommerson@dwt.com
8  South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
9  Tel: (213) 633-6800

10 Adam Sgro (*admitted pro hac vice*)
   Email: AdamSgro@dwt.com
11 1251 Avenue of the Americas
   21st Floor
12 New York, NY 10020
   Tel.: 212.402.4094
13
   *Attorneys for Plaintiffs Johnson & Johnson, Johnson & Johnson Consumer Inc.*
14
   Douglas Anderson Grady, WSBA #36100
15 Email: dgrady@bakerlaw.com
   999 Third Avenue, Suite 3900
16 Seattle, WA 98104-4040
   Tel: 206.332.1380
17
   Robertson D. Beckerlegge (*pro hac vice*)
18 Email: rbeckerlegge@bakerlaw.com
   Heather J. McDonald (*pro hac vice*)
19 Email: hmcdonald@bakerlaw.com
   Kevin M. Wallace (*pro hac vice*)
20 Email: kwallace@bakerlaw.com
   45 Rockefeller Plaza
21 New York, NY 10111-0100
   Tel: 212.589.4209
22
   *Attorneys for Defendants Sumeet Marketing, Inc., et al.*
23
   Jeffery Wheat, WSBA 54228
24 Email: Jeff@wheatlegal.com
   1201 Third Ave., Ste. 22-120
25 Seattle, WA 8101
   Tel: 206.262.7381
26

27
   [PROPOSED] ORDER GRANTING PARTIES'
   STIPULATED MOTION FOR EXTENSION OF
   BRIEFING SCHEDULE
   (Case No.: 2:23-CV-00331-JLR) - 3
   (FILED UNDER SEAL)

   Davis Wright Tremaine LLP
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1640
   206.622.3150 main
   206.757.7700 fax