1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   AMAZON.COM INC., et al.,                  CASE NO. C23-0331JLR

11                          Plaintiffs,        MINUTE ORDER

12              v.

13   SUMEET MARKETING, INC., et
     al.,

14                          Defendants.

15

16        The following minute order is made by the direction of the court, the Honorable

17   James L. Robart:

18        This matter is currently being maintained under seal.  (*See generally* Dkt.  *See also*

19   5/2/23 Order (Dkt. # 60) at 2 (granting Plaintiffs' motion to continue sealing this case

20   until July 3, 2023).)  On December 14, 2023, the court issued an order directing the

21   parties to show cause by no later than December 22, 2023, why the court should not lift

22   the seal on this case.  (12/14/23 Order (Dkt. # 75).)  The court informed the parties that

1   failure to respond to the order by the deadline would result in the court unsealing the case

2   on or after December 26, 2023.  (*Id.*)  Plaintiffs responded on December 21, 2023, and

3   stated that they do not object to unsealing the case.  (12/21/23 OSC Resp. (Dkt. # 76).)

4   None of the Defendants filed a response.  (*See generally* Dkt.)  Accordingly, the court

5   DIRECTS the Clerk to unseal this case.

6          Filed and entered this 26th day of December, 2023.

7                                        RAVI SUBRAMANIAN
8                                        Clerk of Court

9                                        s/ Ashleigh Drecktrah
                                         Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2