The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; JOHNSON & JOHNSON, a New Jersey corporation; and JOHNSON & JOHNSON CONSUMER INC., a Delaware corporation,

Plaintiffs,

v.

SUMEET MARKETING INC., a New York Corporation; OAR REALTY GROUP LLC, a New York limited liability company; AMIT PAWA, an individual; RAJA SINGH, an individual; OPKAR SINGH, an individual; and DOES 1-10,

Defendants.

No. 2:23-cv-00331-JLR

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

WHEREAS, Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together, "Amazon"), Johnson & Johnson, and Johnson & Johnson Consumer Inc. (together the "J&J Entities"), (collectively, "Plaintiffs") filed this action against Defendants Sumeet Marketing Inc. ("Sumeet Marketing"), OAR Realty Group LLC ("OAR"), Amit Pawa, and Raja Singh (collectively, "Defendants") seeking injunctive relief and monetary damages, including treble damages, costs, and attorneys' fees;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

WHEREAS, Plaintiffs alleged in the Complaint claims against Defendants for: (i) trademark counterfeiting under 15 U.S.C. § 1114; (ii) trademark infringement under 15 U.S.C. § 1114; (iii) common law trademark infringement; (iv) false designation of origin and false advertising under 15 U.S.C. § 1125(a); (v) violation of the Washington Consumer Protection Act, RCW 19.86.010, et seq.; (vi) trademark dilution under 15 U.S.C. § 1125(c); and (vii) breach of contract (the claims are referred to, collectively, as the "Claims");

WHEREAS, Plaintiffs and Defendants have agreed to resolve their dispute, and now wish to stipulate to this Consent Judgment and Permanent Injunction;

WHEREAS, Plaintiffs and Defendants now stipulate and consent to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate to and request that the Court order the following Consent Judgment and Permanent Injunction:

IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

2. On March 7, 2023, Plaintiffs filed a Complaint against Defendants in this action asserting the Claims.

3. At the time the Complaint was filed and at the time of Defendants' alleged wrongful conduct, Johnson & Johnson owned the following registered trademarks (the "Tylenol Trademarks"), all of which are valid, unrevoked, and subsisting, and which constitute prima facie evidence of Johnson & Johnson's exclusive ownership of the marks during all relevant periods:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Mark | Reg. No. | International Class / Goods & Services (excerpt) |
|---|---|---|
| TYLENOL | 890,360 | 5. Analgesic Antipyretic Preparations |
| TYLENOL (design mark: "Heritage of Care – History of Trust" seal) | 5,391,243 | 5. Analgesics and pain relievers; preparations for treating coughs and colds; analgesic sleeping aid; and allergy and sinus medication |

4. Plaintiffs allege that Defendants advertised, offered, distributed, and sold counterfeit repackaged Tylenol® Extra Strength 50 pouches of 2 caplets each in the Amazon.com store ("Amazon Store"), in violation of Amazon's policies, the J&J Entities' intellectual property rights, and the law. Plaintiffs further allege that the actions of Defendants constitute trademark counterfeiting, trademark infringement, trademark dilution and false advertising under the Lanham Act, violate the Washington Consumer Protection Act and constitute breach of contract.

5. Amazon blocked Defendants from the Amazon Store due to Defendants' sale of counterfeit and infringing products. Prior to filing this action, Amazon informed Defendants of the alleged infringing nature of their products, and questioned Defendants regarding the source of the Tylenol products at issue in this Action. Defendants did not honestly inform Amazon of their suppliers of the Tylenol products, and stated that their supplier was a single source when they knew that was not the case. Defendants further supplied Amazon with an inauthentic invoice as a purported source of their Tylenol products, which they knew was false.

6. Defendants acknowledge that they sold Tylenol® Extra Strength 50 pouches of 2 caplets each that consisted of pills originally manufactured by Johnson & Johnson Consumer Inc. repackaged in counterfeit pouches and cartons bearing the Tylenol Trademarks. Defendants contend that they were unaware that the packaging was counterfeit, and further contend that they were not the manufacturer of any such repackaged Tylenol® products.

7. The repackaged Tylenol® Extra Strength 50 pouches of 2 caplets each that Defendants sold were not endorsed or authorized by the J&J Entities. The packaging of the

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

repackaged Tylenol® Extra Strength 50 pouches of 2 caplets each lacked the J&J Entities' strict safety measures, lacked relevant information regarding the product such as the correct lot codes and expiration dates, and failed to disclose to consumers that the products have been repackaged by a party that was not the original manufacturer or otherwise affiliated in any way with the J&J Entities.

8. The use of the Tylenol Trademarks on the repackaged Tylenol® Extra Strength 50 pouches of 2 caplets each that Defendants sold created the erroneous impression that those repackaged products were authorized and approved by the J&J Entities, even though they were not.

9. Amazon's Business Solutions Agreement, which Defendants entered into with Amazon.com Services LLC in order to sell products in the Amazon Store, prohibits the sale of counterfeit products and the submission to Amazon of inaccurate, false, or misleading information and documents.

10. Defendants' sale of the repackaged Tylenol® Extra Strength 50 pouches of 2 caplets each, has caused, and unless enjoined by this Court will continue to cause, serious and irreparable injury to Plaintiffs, for which they have no adequate remedy at law.

11. The Parties represent that they have read this Consent Judgment and Permanent Injunction, entered into it voluntarily, and have had the opportunity to seek the advice of counsel prior to their consent to this Judgment.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

12. The Court enters Final Judgment as follows: (i) in favor of the J&J Entities against Defendants for trademark counterfeiting and trademark infringement under 15 U.S.C. § 1114; (ii) in favor of the J&J Entities against Defendants for common law trademark infringement; (iii) in favor of the J&J Entities against Defendants for false designation of origin and false advertising under 15 U.S.C. § 1125(a); (iv) in favor of Amazon against Defendants for false designation of origin and false advertising under 15 U.S.C. § 1125(a); (v) in favor of the

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

J&J Entities against Defendants for violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*; (vi) in favor of Amazon against Defendants for violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*; (vii) in favor of the J&J Entities against Defendants for trademark dilution under 15 U.S.C. § 1125(c); and (viii) in favor of Amazon against Defendants for breach of contract.

13. Upon the entry of this Judgment, Defendants and their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with Defendants shall be permanently enjoined from:

(i) selling products in Amazon's stores;

(ii) selling products to Amazon or any affiliate;

(iii) opening or attempting to open any Amazon selling accounts;

(iv) importing, manufacturing, producing, distributing, circulating, offering to sell, or selling, advertising, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Tylenol Trademarks, the J&J Entities' or Kenvue, Inc.'s brands or trademarks, or which otherwise infringes or dilutes the J&J Entities' IP, on any platform or in any medium;

(v) using any false designation of origin or false description or performing any act which is likely to lead members of the trade or public to believe that any service or product offered, distributed, or sold by Defendants is in any manner associated or connected with Kenvue, Inc. or the J&J Entities, or is sold, manufactured, licensed, sponsored, approved, or authorized by Kenvue, Inc. or the J&J Entities;

(vi) importing, manufacturing, producing, distributing, circulating, offer to sell, or selling, advertising, promoting, or displaying any product manufactured, licensed or distributed by either the J&J Entities or Kenvue; or

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

      (vii) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (vi) above;

14. The Court further orders that Plaintiffs recover from Defendants, jointly and severally, the amount of $1,000,000 in damages for trademark infringement and false designation of origin under the Lanham Act under 15 U.S.C. § 1117(a), violation of the Washington Consumer Protection Act, RCW 19.86.010*, et seq.*, and breach of contract, inclusive of all prejudgment interest, attorneys' fees, and costs.

15. The above amounts shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961 from the date of entry.

16. The Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Judgment and Permanent Injunction.

17. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

18. Upon entry of this Judgment and Permanent Injunction, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED THIS 10th day of April, 2024.

Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP

By */s/Scott Commerson*
Scott Commerson, WSBA, #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc.
and Amazon.com Services LLC*

BAKER & HOSTETLER LLP

By */s/ Douglas Anderson Grady*
Douglas Anderson Grady, WSBA #36100
Email: dgrady@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Tel: 206.332.1380

Robertson D. Beckerlegge (*pro hac vice*)
Email: rbeckerlegge@bakerlaw.com
Heather J. McDonald (*pro hac vice*)
Email: hmcdonald@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: 212.589.4209

*Attorneys for Plaintiffs Johnson & Johnson and
Johnson & Johnson Consumer Inc.*

WHEAT LEGAL PLLC

By */s/ Jeffery Wheat*
Jeffery Wheat, WSBA 54228
Email: Jeff@wheatlegal.com
1201 Third Ave., Ste. 22-120
Seattle, WA 98101
Tel: 206.262.7381

*Attorneys for Defendants Sumeet Marketing, Inc.,
OAR Realty Group LLC, Amit Pawa,
Raja Singh, and Opkar Singh*

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 7
Case No. 2:23-cv-00331-JLR

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CONSENTED TO:**

Plaintiff Amazon.com, Inc.

By: DocuSigned by: Charles Wright ____________________ Dated: 3/21/2024
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Amazon.com Services LLC

By: DocuSigned by: Charles Wright ____________________ Dated: 3/21/2024
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Johnson & Johnson

By: ____________________ Dated: ____________
Name:
Title:

Plaintiff Johnson & Johnson Consumer Inc.

By: DocuSigned by: Jennifer Caillier Boston ____________________ Dated: 3/26/2024
Name: Jennifer Caillier Boston
Title: NA Regional Counsel

Defendant Amit Pawa

By: ____________________ Dated: ____________

Defendant Raja Singh

By: ____________________ Dated: ____________

Defendant Sumeet Marketing, Inc.

By: ____________________ Dated: ____________
Name:
Title:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CONSENTED TO:**

Plaintiff Amazon.com, Inc.

By: ______________________ Dated: ______________
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Amazon.com Services LLC

By: ______________________ Dated: ______________
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Johnson & Johnson

By: DocuSigned by: David McDonald 53A352C9549A4E2... Dated: 3/26/2024
Name: David McDonald
Title: Assistant Secretary

Plaintiff Johnson & Johnson Consumer Inc.

By: ______________________ Dated: ______________
Name:
Title:

Defendant Amit Pawa

By: ______________________ Dated: ______________

Defendant Raja Singh

By: ______________________ Dated: ______________

Defendant Sumeet Marketing, Inc.

By: ______________________ Dated: ______________
Name:
Title:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CONSENTED TO:**

Plaintiff Amazon.com, Inc.

By: ______________________ Dated: ______________
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Amazon.com Services LLC

By: ______________________ Dated: ______________
Name: Charles Wright
Title: VP and Associate General Counsel

Plaintiff Johnson & Johnson

By: ______________________ Dated: ______________
Name:
Title:

Plaintiff Johnson & Johnson Consumer Inc.

By: ______________________ Dated: ______________
Name:
Title:

Defendant Amit Pawa

By: Amit Pawa (Mar 26, 2024 20:44 EDT) Dated: ______________

Defendant Raja Singh

By: Raja Singh (Mar 27, 2024 10:28 EDT) Dated: ______________

Defendant Sumeet Marketing, Inc.

By: Raja Sing (Mar 27, 2024 10:28 EDT) Dated: ______________
Name:
Title:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Defendant OAR Realty Group LLC

By: Amit Pawa (Mar 26, 2024 20:44 EDT) Dated: ____________
Name:
Title:

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 9
Case No. 2:23-cv-00331-JLR

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax